# MARIE HARRINGTON STATEMENT

1. I, Marie Harrington, worked for Sony Interactive Entertainment, LLC ("Sony") in the San Diego, California office. In total, I worked for Sony entities for about 17 years.
2. I started at Sony Online Entertainment (SOE) in 2000; in 2009 I joined Sony Media Software and Services (SMSS) which eventually became SIE. I left SIE in 2019.
3. During my time at SIE, my job titles were:
    a. Senior Program Manager;
    b. Manager of Program Management;
    c. Senior Manager of Program Management;
    d. Director of Program Management;
    e. Senior Director of Program Management.
    f. During the last 3 years I was also a Chief of Staff to the Senior VP of Engineering George Cacciopo. George was also the Site Leader for the Rancho Bernardo, CA office.
4. When I left Sony, I told the SVP and the Director of HR Rachel Ghadban in the Rancho Bernardo office that the reason I was leaving was systemic sexism against females.
5. The Director of HR simply said, "I understand." She did not ask for any more information. I had spoken with the Director of HR many times before about sexism against females.
6. In July 2019, during a site leadership meeting in the Rancho Bernardo office where I brought our new Diversity Director and invited Sony Electronic's Diversity Director, Jason Harkins, Chief Security Officer stated, "I don't like talking about diversity because these conversations always make me feel icky."
7. I observed sexism throughout my time at the various Sony entities.
8. Clear examples of sexism against females took place during annual "Calibration Sessions."  The goal of calibration is to ensure that all employees get a fair and objective performance appraisal.  In calibration sessions, SIE Engineering leaders from around the globe responsible for conducting employee appraisals meet to talk about employee performance and ratings.   At SIE calibration sessions, leaders provide "dossiers" of the employees they want to highlight as high performers. Dossiers are used to showcase an employee's achievements, strengths, growth areas, readiness for promotion, etc..
9. Females were rarely selected for discussion as "high performers." As an example, in the April 2019 Engineering calibration there were approximately 70 workers being reviewed. There were only 4 females in that group of 70 workers, and there was no dossier prepared for 2 of the females. A dossier was prepared for every

single male employee, but 50% of the females had no dossier prepared. Further, when two of the females were discussed, managers spent time discussing the fact that they have families. Family status was never discussed for any males. I spoke up each time a female's family status was discussed and said we should be talking about their work product not about whether they have a family. I said we should be treating males and females the same way. HR was in the room but did not speak up at all about the gender-biased discussions, nor did they object to the missing dossiers for the women.

10. At another calibration session (on May 19, 2019), ▮▮▮▮ was rated a 3 (Fully Meets Expectations). When I expressed surprise at that, considering his behavior and general demeanor in the office, his manager ▮▮▮▮ said that he only heard complaints from one person (i.e. ▮▮▮▮ on my team). I asked the group if they had any issues with ▮▮▮ and the floodgates opened and many, many leaders present provided their own damning anecdotes. This was not new information. Jeff Ludwig, VP Engineering, had managed ▮▮▮ for a number of months before ▮▮▮ did. Another leader on Jeff Ludwig's team, ▮▮▮▮., was offered the opportunity to manage ▮▮▮ and declined due to ▮▮▮ deficiencies. After that conversation, I received this email from Jeff Ludwig, VP of Engineering:



**From:** Ludwig, Jeff
**Sent:** Thursday, April 19, 2018 2:39 PM
**To:** Harrington, Marie <Marie.Harrington@sony.com>
**Cc:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Subject:** Thank You

Hi Marie,

▮▮▮ and I just discussed and your push on the feedback for ▮▮▮ is right on and not the behavior we want. A combination of a strong corrective development plan and a 2 rating are really the best path forward to hopefully correct the behavior. Please do forward us your specific examples so we have them for reference.

Thanks again,
Jeff

11. It was very common for me to be the only woman in an Engineering meeting. As Chief of Staff to the SVP of Engineering, I ran numerous weekly, monthly, and

quarterly meetings with male Engineering leaders. I was regularly interrupted while speaking in those meetings. I began making check marks on my notepad to track how often I was interrupted because it was so frustrating. I had several meetings where there were 12 to 15 times in a single meeting. I spoke with my boss, George Cacioppo about this on several occasions. He was fully aware that it happened, particularly by leaders like Nick Trotta, Suresh Bathini, and Jeff Ludwig.

12. I learned over time that the only way I could have one of my ideas listened to was to speak to males in advance of a meeting and get males on my side before I brought up any new idea. Otherwise, my ideas would be dismissed or picked up by a man in the room and credited to him.

13. As another example, in 2019 I was in a large Engineering leadership meeting with many employees below me on the hierarchy. I was the only woman in the room, and I was asked to take people's coffee orders. It was very demeaning to be asked to wait on co-workers that included multiple male employees that were lower in the hierarchy.

14. In an Engineering offsite meeting for George Cacioppo and his leadership team in January of 2019, I was again the only woman in the room. In the course of a long discussion around software security, I was told directly by Suresh Bathini, VP Engineering, "You don't know anything about security, so you shouldn't speak." At the time, I was managing ▇▇▇▇▇▇, Principal Security Architect at SIE as well as a team of Security Program Managers. Suresh did not make this kind of comment to any male in the room. Further, he made his statement to me in front of everyone; I spoke with George about it the next day and he said that he had spoken with Suresh in private about how inappropriate his statement was. My reply to George was, "I was humiliated publicly but Suresh is admonished privately? That's not right." Further, this leadership team (myself included) had worked together for years; we had actively worked on trust and respect as a leadership team over those years. Yet, not one man present said anything to Suresh in that moment. A simple, "Hey, we don't talk to each other that way" would have been enough to smooth it all over and the meeting would have continued productively.. I was so distraught that I had to leave the room for 5 minutes to compose myself. It was near the end of the session, so when I returned I packed up, reminded the group of the address for the team dinner we were all meant to attend that evening. I said I wouldn't be attending and that "I'll see you tomorrow." They all had a lovely dinner and we all gathered the next day to continue our offsite meetings together and no one said a thing.

15. At that same offsite in January of 2019, Aki Kusumoto, VP Engineering, was sitting to my left. Twice in a group discussion, Aki put his right hand up to my

16. face to interrupt me while I was speaking so that he could speak instead. Aki did not do this to any men in the room.

17. At that same January 2019 offsite, each member of the leadership team stood at the front of the narrow conference room we were in to present his topic to the group. As each man presented, the rest of us remained in our seats and asked questions and engaged in conversation. When I presented, several men stood up and moved much closer to me to ask questions. In this narrow room with a large conference table, this physical behavior was aggressive and intimidating. I felt I had no room to move.

18. I was a Senior Director for five years. On several occasions, I asked how to prepare myself for a promotion to Vice President. I asked if there was anything I could do to work towards becoming a Vice President. I could never get any guidance on what projects, scope, skills, or attributes that would help to develop my leadership potential. In fact, I was instrumental in creating and running a Leadership Potential Pipeline (LPP) for George Cacioppo's organization that was open to any level up to Director. HR specifically said that it was not open to Sr. Directors because "Senior Directors each have a specific development plan with their manager." I never had any form of development plan ever at Sony.

19. SIE allows men to be bullies. The same kind of behavior is not tolerated in women. For example, Dan Myers, Sr. Director of Product Management was a known bully. He routinely berated my direct report, ▇▇▇▇▇▇▇▇, including yelling at her so loudly and for so long that several people went into her office to see if she was okay once he left. In May 2018, after many, many attempts to have senior leadership address his egregious behavior, I sent two emails (below) to George Cacioppo, Steve Mourton (Dan's manager), and HR. Rather than removing Dan from the company, he was given a coach and then his scope was increased although his behavior did not improve.

**Email I sent to George Caciopo:**

**From:** Harrington, Marie
**Sent:** Sunday, May 13, 2018 6:51 PM
**To:** Cacioppo, George <george.cacioppo@sony.com>
**Subject:** Continuing our many conversations . . .

Hi George,

As we discussed on Friday and on many other days, read Dan Myers, Jeff Ludwig, or any of the other man you and I have discussed over the past many months into this article. There is very

DocuSign Envelope ID: 039B9D47-117F-40A0-88D6-4F9C17ADE561

little difference in the atmosphere.  Can we address this before PlayStation has its own national news article?

https://mobile.nytimes.com/2018/04/28/business/nike-women.html?mc=aud_dev&mcid=fb-nytimes&mccr=LLFEM&mcdt=&subid=LLFEM&ad-keywords=AudDevGate&dclid=CKr517iJhNsCFUzoZAodK5wGDg

Thanks,

Marie


**Email I sent to George Cacioppo, Steve Mourton, and HR on May 23, 2018**

Hi all,

I have spoken with each of you multiple times about Dan Myers, so although I can write 100 paragraphs about him, I will cut to the chase:

Dan Myers is emotionally violent . . . and you know it.

Multiple people in the Rancho Bernardo office are subjected to his behavior . . . and you know it.

I have been told that "it has been handled" . . . it has not.

People are beyond raising this issue to HR anymore because it appears to be futile.  In fact, he is rewarded with additional scope.  Well after his continuous, egregious behavior was reported to HR and senior executives, Dan's scope was expanded to include Commerce and A&I.  As a senior woman on my team put it, "I've decided that I can no longer work with Dan, but I look around the office and he's everywhere.  What could I work on that he's not on?"

So my questions for all of you are: Why are you subjecting the rest of us to this badly behaving man?  What transgression are you waiting for?

Marie

Marie Harrington
Sr. Director, Program Management Office

I forwarded this email to several Rancho Bernardo leaders who were impacted by this behavior. I let them know that HR and/or Legal would likely be contacting them about this. These were there responses:

██████████, Sr. Director, Program Management - "I'll talk to HR, but nothing is going to change."

██████████, Sr. Manager, Product Management - "Thank you for taking up the torch. I don't want to impact the trajectory of my career and I know how stuff works. Nothing will change. I will talk to HR, but I won't give specifics because I will suffer retribution."

██████, Sr. Director Engineering - "I don't work with him, but I hear how he talks to people out there. It's awful." (Echoing my point that ████'s behavior impacts the entire environment.)

19. Another male bully who was allowed to behave terribly without consequences unless I called it out: Mike Cassisa, Director of Engineering. On March 7, 2021 I received the following instant message from Theresa Mellusi, a Program Manage on my team:

Wednesday March 7th
Theresa Mellusi [10:22 AM]
Hi Marie, at your earliest convenience Matt and I need to speak to you about a situation that happened today in our 9:30 AM meeting.

Theresa let me know that Mike yelled at everyone in the meeting again. He continually berated and belittled my team members and this was the final straw. I pulled my team off the project. I had been mentoring and coaching for 6 months, attending their morning meetings, reviewing decks, etc. They could not succeed working on a project with someone who will not let them do their jobs yet does not make the right choices from a PM perspective.

When I took this to his boss Jeff Ludwig or at least the 5th time, Jeff said, "Marie, you have to report this to HR or I can't do anything if they don't have the data." My response was, "You report it, Jeff. Tell them PMO pulled their resources because your guy is unprofessional and abusive. That's your data."

20. In 2012 and 2013, we did not have a specific site leader in the Rancho Bernardo office. Instead we had a "Steering Committee" made up of senior leaders at the site. I was one of those senior leaders. However, the men on the Steering Committee were Directors or Senior Directors while I was a Senior Manager.

Nevertheless, I was asked by Tian Lim and Shirley Braun to mentor two Directors (Anand Rao and Patrick Ekholm) on that Steering Committee while I was a Senior Manager. Several leaders on that Steering (like Enrico Bernardo and Lee Pedlow) stated that I should be promoted and the only reason I wasn't was because I was female.

21. On September 11, 2013, Tian Lim called me while I was traveling to tell me I had been promoted to Director. He said, "I have to promote you or I can't give you an office in the new building and I'll never hear the end of it from the others." A short nine months later, in June 2014, I was promoted to Senior Director. George Cacioppo was my manager at that point and he told me that "I got push back because you were just promoted to Director, but I told them, 'C'mon, we all know that promotion was way too late.' and they couldn't argue with that." I also received a significant raise and was told that it was larger than the normal percentage increase "because your salary needed to be increased a lot more to meet your peers." My peers were all male. Having my Director promotion come "way too late" impacted me financially on several fronts. In addition to a lower salary, the bonus percentages are lower at Sr. Manager level than at the Director level. Further, Directors and above have access to the benefit of deferred compensation. With my exemplary reviews year after year, my total compensation should have been far higher for many of those years.

22. During my 2013 annual review, Tian Lim called me "the mother of the San Diego office" he also said, "Shirly [Bruan] told me not to use that term because it's demeaning, but I am anyway because it's true."

23. In 2011, the VP of Engineering Jacob Shen asked me out on a date to a restaurant in Little Italy in San Diego. I rejected the advance.

24. I heard several other employees report similar things by the same manager, Jacob Shen. For instance, the same VP of Engineering asked a female co-worker out to dinner on several occasions. She was very uncomfortable and we strategized on how she might avoid him in the future.

25. Later Sony began recruiting interns. Jacob Shen would spend significant time with the female interns but would ignore the male interns. Jacob Shen spent so much time with one female intern in my department that full-time female employees made a plan about how to protect the female intern. The full-time workers would watch out for Jacob Shen and if they saw him coming, they would jump up and talk to him to protect one particular female intern that Jacob Shen would not leave alone.

26. When I was promoted to Manager, Program Management in 2009, ▬▬▬▬▬▬, VP of Engineering and the Rancho Bernardo site leader told me, "Don't hire any men for Program Managers. I only want women."

27. ███████ also routinely called my male boss, ███████████ "Marsha" when he was displeased with him. He would call other men by feminine versions of their names as well, to insult them. On the other hand, when he was impressed that I had managed out an underperformer on my team, he said, "You're the only one with the balls to do it," There was a clear indication that positive actions were male and negative actions were female.

28. Under ████████' leadership, the sexism was so rampant I can't catalog it all: men were ranking their female colleagues on hotness levels; ██████████, Director of Product Management, was routinely admonished by HR to act appropriately; there were email distribution lists for filthy jokes and images of women, the 4chan message board was used throughout the work day to further share offensive images of women, and on and on.

29. While at Sony Online Entertainment, I experienced overt sexual harassment. At the time, SIE was a division within SOE. Subsequently, SIE was spun out as its own separate legal entity. While working at SOE, I experienced several instances of sexual harassment. I was invited to what I believed to be a work meeting with ██████████, SOE General Council, but then I realized it was actually a 1-on-1 private meeting at George's at the Cove Lower Level fine dining in La Jolla. █████ ordered wine, which I do not drink.

30. Also while at SOE, ██████████, the head of Finance, talked to me about his wife's "boob job" and asked me if my husband would like me to have a "boob job" and what size he thought I should get.

31. At SOE, I also received an email from an engineer telling me that I shouldn't wear a skirt to work anymore because it was distracting to him. Behavior like this was common towards female employees at Sony entities.

32. At SOE, male engineers regularly went to strip clubs at lunch and shared pornography at work.

33. After I had twins in 2005 and requested a private lactation space, I was required to go to a different building to use a storage room with a broken lock directly off the entrance lobby. This was so uncomfortable and distressing that I discontinued pumping at the office and subsequently stopped breastfeeding far earlier than I had wished because it was not sustainable under those conditions.

34. There is a still-active private Facebook channel for former SOE employees where they share life updates, job openings, reminiscing about our SOE days, etc. This channel has also seen several threads on the awful behavior in SOE. One such thread on June 25, 2020 had well over 500 comments. ██████████, who was the President of SOE during all of this activity, was actively commenting

throughout that thread. Although he expressed sincere sorrow that it happened and said he didn't know, there were many people who cited specific events that were brought to his attention that he ignored. Many, many people also expressed that ███████████████████████ is a great guy and means well. They went on to say, though, that he allowed bad behavior from his management chain and that HR was complicit in this terrible behavior. The depth of personal pain and career impact is on full display in this thread. Many, many women have been impacted by Sony and continue to be impacted to this day.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on 3/7/2022 _____.

DocuSigned by:

*Marie Harrington*

3CCEE2A75AA24A9...

MARIE HARRINGTON