# ANGELICA ADVINCULA STATEMENT

1. I, Angelica Advincula, currently work for Sony Interactive Entertainment, LLC ("Sony") in the San Mateo, California office.
2. I have been employed by Sony since 2007. I also worked for Sony as a contractor prior to 2007. I worked in the Music Department and now work in the Sound Department.
3. After many years working in the same department without a promotion, I transferred because it seemed to be impossible to get promoted.
4. I worked my way up to Project Manager; during a recent review, I said I'd like to stay and grow. I pointed out that I had been with the company and within the same department for a long time. I asked what growth looks like, meaning how could I earn a promotion. I was told there is no possibility of further advancement for me. I was told, "This is it for you."
5. More specifically, I was told that I needed a Master's Degree to be considered for a senior role within the department. As a result, I transferred departments because I was told I could not get a promotion. Then, I saw a job ad for the position one level above my prior job. Although I was told I would not be considered for that position unless I had a Master's Degree, the job ad said that only a Bachelor's degree was required. The job ad was posted internally and publicly. The position was labeled Senior Project Manager.
6. I spoke to HR and asked if a Master's Degree was required for the position. HR said "Oh my gosh, I can't believe they told you that. A Master's Degree is not required." The HR employee was aghast that I had been told I could not get promoted because I did not have a Master's Degree.
7. I had explicitly been told that the department does not need a project manager at all or a senior project manager. Almost immediately after I left, I saw the same job description posted initially as a Senior Production Analyst but it had the same job duties as your prior job. Then, it was posted as Senior Project Manager but it still had the same job duties I had done.
8. Attached as Exhibits A and B are screen shots of the job descriptions. These were taken from the public facing Careers section on the PlayStation website and not from an internal job board. Exhibit A is a job description listed as "Senior Production Analyst"; I took this screenshot on November 23, 2021. The job title was later changed to "Senior Project Manager," but the Responsibilities are exactly the same. Attached as Exhibit B is a job description for "Senior Project Manager"; I took this screenshot on December 16, 2021. The two job descriptions have 7 job duties listed under Responsibilities which are an exact word-for-word match. Both job descriptions state that educational requirement is a Bachelor's degree in accounting, finance or other areas. Neither requires a Master's Degree.
9. I believe there is widespread favoritism towards males at Sony.
10. My role oversees who gets mid-year promotions including who gets promoted from contractor to full-time or from Music Editor to Senior Music Editor. I was aware of who was getting promoted within the group several months before announcements. A few days after I left, I saw one of the Senior Managers that was promoted to Director, but he had not been included in the promotion list. This would be called an off-cycle promotion.

I have noticed that male employees are advanced through off cycle promotions more often than female employees.

11. I had been with the group for nearly 15 years and in the same role for more than 5 years. During that time, I performed well and earned positive reviews. I left because it became clear that I as a female could not continue to advance.

I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on  1/28/2022                       .

DocuSigned by:

*Angelica Advincula*
EFFF50830F834D8...

Angelica Advincula

DocuSign Envelope ID: 0C6D573E-DF53-4EC8-979A-3DCAFC1616EB

# EXHIBIT A



Apply Now

# Senior Production Analyst
### at Sony Interactive Entertainment PlayStation

San Diego, CA | Los Angeles | San Mateo

PlayStation isn't just the Best Place to Play —it's also the Best Place to Work. We've thrilled gamers since 1994, when we launched the original PlayStation. Today, we're recognized as a global leader in interactive and digital entertainment. The PlayStation brand falls under Sony Interactive Entertainment, a wholly-owned subsidiary of Sony Corporation.



PlayStation Careers | Worldwide Studios (Game D...

### Senior Production Analyst

### San Diego, Los Angeles or San Mateo, CA (this is an onsite position)

PlayStation Studios Creative Arts Music team is seeking a Senior Production Analyst. As a senior member of the Music team, you will be responsible for financial planning, forecasting, analyzing, and reporting across multiple projects. Duties will include identifying trends, recommending actions, and developing custom tracking and resource solutions while ensuring alignment with the Music team's overall strategy and direction. The ideal team member will possess a strong accounting background and finance experience in the gaming or entertainment industries.

### Responsibilities

- Work closely with the music management team on budget, scope, resource management, and other related financial matters across the entire portfolio.
- Serve as a client-facing finance liaison with key partners to communicate project needs and changes, and to secure budget approvals.
- Maintain and track budgets and forecasts, proactively identify risks, offer solutions, and report to management.
- Maintain a constant awareness of development status across multiple projects.
- Build relationships across Creative Arts departments to foster a sense of community.
- Knowledge-share with other finance and production groups at SIE to build awareness, share best practices, and promote collaboration.

### Qualifications

- A Bachelor's degree, or greater, in accounting, finance, statistics, economics, business administration, or other related fields.
- Minimum 3 years' experience working in a financial environment with management reporting and budgeting/forecasting involvement.
- Effective time-management skills with a proven track record of meeting deadlines.
- Strong communication skills, both speaking and listening.
- Excellent attention to detail.
- Self-starter with the ability to work in a fluid, fast-paced environment.
- Works well under pressure.
- Has a positive, friendly personality and demeanor.

### Desirable Experience

- Experience with music production.
- Experience with video game production.

DocuSign Envelope ID: 0C6D573E-DF53-4EC8-979A-3DCAFC1616EB

EXHIBIT B

DocuSign Envelope ID: 0C6D573E-DF53-4EC8-979A-3DCAFC1616EB

Apply Now

# Senior Project Manager
at PlayStation Global

United States, San Mateo, CA



**Senior Project Manager**

**San Mateo, CA**

PlayStation Studios Creative Arts Music team is seeking a Senior Project Manager. As a senior member of the Music team, you will be supporting an innovative, award-winning team focused on producing industry-leading interactive music scores. You will be responsible for budgeting, resource planning, forecasting, and reporting across multiple projects. The ideal team member will possess a strong accounting background with finance and project management experience in the gaming or entertainment industries.

**Responsibilities**

- Work closely with the music management team on budget, scope, resource management, and other related financial matters across the entire portfolio.
- Serve as a client-facing finance liaison with key stakeholders to communicate project needs and changes, and to secure budget approvals.
- Maintain and track budgets and forecasts, proactively identify risks, offer solutions, and report to management.
- Maintain a constant awareness of development status across multiple projects.
- Build relationships across Creative Arts departments to foster a sense of community.
- Knowledge-share with other finance and production groups at SIE to build awareness, share best practices, and promote collaboration.

**Qualifications**

- A Bachelor's degree, or greater, in accounting, finance, statistics, economics, business administration, or other related fields.
- Minimum 3 years' project management or finance work experience.
- Strong communication skills, both speaking and listening.
- Excellent attention to detail.
- Has a positive, friendly attitude and demeanor.

**Desirable**

- Experience with music production.
- Experience with video game production.