# ASHLEY CHIN STATEMENT

1. I, Ashley Chin, joined Sony Interactive Entertainment, LLC ("SIE") in in 2016 September under the *BMC Analytics team (Now *DSO) as a Sr. Business Analyst. I am using the following abbreviations in this document:
    a. *BMC = Business Management & Content
    b. *DSO = Data Strategy & Ops
    c. *BIS = Business Intelligence Services
2. I experienced and observed gender bias against females throughout my time at SIE. I experienced and observed sexual harassment and sexual discrimination at Sony.
3. During that time, I was reporting to the Sr. Manager (now Director) - Gabor Mester and under Sr. Director (now VP) Vijay Viswanathan's group.
4. <u>Main event sequences:</u>
5. During group lunch, everyone was talking about their aspirations. I mentioned climbing the ladder in my career, and needed to work harder to get a promotion. Vijay Viswanathan said 'you just need to marry rich'.
6. 2 years later, in 2018, I got a few job offers from other companies and mentioned that to Sr. Manager (now Director) Deidre Kerr at that time from the platform strategy group. She understood there was a sexism culture in BMC analytics, and she loved me to join her new team. When I got the new offer from the new team under Deidre, Vijay was furious/aggressive, and went to Deirdre's supervisor - (Sr. Director) Shuzo Kikuchi and talked a lot of very nasty comments about me, such as incompetent, can't handle stakeholders, etc. Ironically, Deidre and Shuzo were my most important stakeholders at that time.
7. At the same time, another teammate from BMC Analytics (Dominique Kyser) was also moving to another group in SIE London. Vijay told her she was making a grave mistake, and her boyfriend (who was in the UK at that time) making her move to the UK will ruin her happiness and career. He also claimed that her boyfriend at that time (now husband) was a bad choice for her.
8. 1 year later, there was an re-org. A new org called Data Strategy & Operations (DSO). My new team rolled under Vijay's group. My supervisor Deirdre and I raised our concerns about Vijay's hostility towards female employees to HR, and there were other 3 female employees who became the witnesses too. Deirdre told HR that a few years ago, Vijay was proposing to have her and another employee (Catherine Kim) from another strategy group that both of them should report to him as they were also doing analysis work. Both Catherine and Deirdre refused to do so, and threatened to quit if that ever happens. Since then, Vijay had been making a lot nasty comments about Catherine and her work, eventually Catherine stopped getting invitations to meetings with the execs, and didn't get chances to present anymore. In addition, Vijay and Gabor always deprioritized Catherine's data request to the team, and continuing saying that her requests are dumb/stupid, so that the team shouldn't work on her stuffs. (VP) Steve Mourton, who is Vijay's supervisor informed him that there were HR complaints about him being hostile towards female employees. The next day, Vijay started to look for 2 other female employees (one of them was Catherine) and tried to figure out if they went to report about him.

9. In the end, my team didn't end up under Vijay's group. I heard HR hired a 3rd party company as his career coach. 18 months later, Vijay got promoted to be the VP and continued to report to Steve.
10. **Evidence of gender bias within DSO from 3rd Party Investigation:** Right before the re-org announcement of DSO, the management hired Deloitte to study if there are any overlapping functions between Business Intelligence Services(BIS) and Business Management & Content Analytics(BMC). As a result, Deloitte found out that there's a great imbalance in terms of female vs males in terms of employee distribution, and very low % of managers/leadership in both teams. Female employee and management % is much lower compared to other peers, and also low (not the lowest) within SIE. Steve Mourton, the VP of DSO mentioned that this is a problem but didn't disclose the report details to the team members.

I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on  12/17/2021  .

*Ashley Chin* (DocuSigned by: 1CC601E432D040A...)
Ashley Chin