## Kara Johnson Written Statement

I, Kara Johnson, worked at Sony Interactive Entertainment from October 31, 2016 to January 15, 2021. I worked in the Rancho Bernardo office in the Navigator engineering organization as a Software Engineer II and then Technical Program Manager.

**Summary of experiences:**

The following have more details below
- Exclusion and disrespect of woman engineer - I observed first hand the systemic exclusion of a woman engineer while working as a Technical Program Manager for a newly formed team
- Performance bias - As a Senior Technical Program Manager, I was held accountable for a program owned by a Staff Technical Program Manager who happened to be a white male
- On the ground feedback - As the Women in Technology @ SIE (WITS - later rebranded as Women@PlayStation) site lead for the Rancho Bernardo office, I had several women approach me with concerning stories. Several of them named a specific HR Business Partner: Jeff Lindsay. I had a direct conversation with Jason Harkins, an SVP for whom Jeff Lindsay represented, to escalate the feedback.

I also observed general cultural nuances:
- A belief amongst low and mid-level employees that you must be a white man or Japanese man to get far at SIE
- Lack of women in top engineering positions in the Navigator organization under Jeff Ludwig. Representation drops off after Software Engineer I and II. At the time I worked there, there were 0 women Principle Engineers and 0 women Architects.

**First-hand observation: Systematic exclusion of a woman engineer -** *2019 Subscriptions program*
I was on a project which was pulled out in a reorg into its own team. We had no manager and no director, so we reported directly up to our VP - Jeff Ludwig. There were two Software Engineer II members - Likhita Gonchikara and Nathan Yang - and me who had just converted to a TPM role.  The manager role sat open for 4 months and created a void in leadership. The leadership was 3 male architects - Vikas Kadam, Shalin Shekhar, and Michael Falcon. They dominated the conversations. They also systematically ignored and excluded Likhita during meetings. Nathan at the time acted

as a buffer and ally, echoing Likhita's ideas when they were talked over or dismissed. At one point Nathan went on PTO for a week and it was just me and Likhita in the meetings with the architects. I would try to interject when she was interrupted, saying, "She was saying something…", but the architects would continue to yell and argue with each other. Finally things came to a head and she stood up for herself in a meeting, saying "You all have consistently dismissed my ideas, so I'm not going to attend these meetings anymore. There's no point." They responded by gaslighting her, saying they are "passionate" about the discussion and that she needs to grow thicker skin. She left the room upset.

Once Likhita left the room, I told the architects that the meeting was over and I would go check on her. Vikas said, "I find that in general, women can't take criticism." I was very shocked, and the only thing I could say was, "Woah woah woah now!" The other two architects looked equally appalled, and Shalin said, "You can't say things like that." I left the room to check on Likhita, who was crying at her desk. Later after she'd had time to herself, we talked about it and I asked her if she wanted to go HR and offered my support for testimony. She decided not to come forward.

I sought advice from another TPM mentoring me: Joe Cadieux. I told him I didn't feel equipped to address the situation, and he offered to host a mediation session. We held a follow up meeting with the same group. During the session Vikas became very defensive and agitated, saying he based his statement on his experiences with his wife and daughter. Joe had to raise his voice and wave his hands at least once to return the conversation to a normal tone.

### Direct experience: Performance bias - September-October 2019 Subscriptions Program

The Subscription team moved under a different Director - Rahul Sharma - in August 2019. For the first month under his leadership, he focused his attention on ramping up on the Subscriptions program. We met regularly about the design, progress, and timelines.

The Subscriptions program also fed as an input for timelines to a program called Unified Commerce (UC). The UC program was owned by a Staff Technical Program Manager named Christopher Slater. For one month Rahul repeatedly asked me to deliver a timeline on the Subscriptions program, despite the fact the engineering manager - Nicholaj Andersen - and I had delivered a list of milestones, target dates, and known risks for Subscriptions. Those timelines were provided to Chris Slater, but he and the UC team did not deliver a comprehensive timeline. My Director held me accountable for the lack of clarity around UC. I explained multiple times, with the support of Nicholaj,

that we had in fact delivered the Subscriptions information but that the UC timeline was owned by a different team.

At a Director meeting on the UC timeline, Rahul came into the room and looked surprised, saying, "Why aren't you presenting?" I said, "This is a Universal Commerce meeting. I can present the Subscriptions timeline if that would be helpful." I proceeded to present the Subscriptions timeline and the other stakeholders were satisfied with my timeline. Then the conversation shifted to the wider UC timeline, which was not ready. Chris seemed to avoid drawing attention to himself, and did not explicitly step up and take responsibility for not having the timeline ready. After the meeting Rahul pulled me and Nicholaj into his office. He chastised me for not having the UC timeline and said that he was "embarrassed" at how "unprepared" I was at that meeting. Though Nicholaj was in the room, Rahul mostly directed his disappointment at me. I expressed confusion because I had in fact presented the milestones for my program and did not own the UC program. Nicholaj also defended me, trying to explain that it wasn't my responsibility to present for UC. Rahul did not seem to grasp this and continued to express that I needed to prepare a UC timeline. Afterwards Nicholaj came to my desk and acknowledged that it was "unfair criticism" towards me and offered support.

Later in 1-1s with Rahul, I again expressed confusion about why I was being held accountable for a program owned by a different TPM (and also one level higher). He told me that sometimes I need to "micromanage other people" to deliver as a TPM. This indicated to me that he knew Chris Slater should have been the one delivering timelines and presentations for the UC project. I pushed against the statement, pointing out that Chris was also a TPM and more senior than me. We didn't reach an understanding, and he made it clear that he expected me to deliver a timeline for UC. He made no indication that he would be holding Chris, the UC program owner, accountable or would be escalating the issue to Chris' leadership.

I ended up creating a timeline diagram for the UC program and several slides in a large presentation deck that gave a detailed overview of the UC program. I received praise from Rahul and the Director of the UC program - Raghu Batula - for my UC timeline diagram, and Raghu would regularly reference and praise it in wider meetings. At a few different meetings he said "This is my favorite slide." However I never received acknowledgement from either Chris or senior leadership that I had delivered something that was someone else's job.

**On the ground feedback as Women@PlayStation Site Lead**
I wrote up a document on my experiences as the Site Lead and shared it with the Women@PS Rancho Bernardo board members on my last day at SIE (January 15,

2021). I saved the letter as a shareable Google Document in a Google Drive folder owned by the Women@PS Rancho Bernardo group.

The following text is a copy of the letter:

Hello folks! For those who don't know me, I served as the Women@PS lead for Rancho Bernardo in FY19 and FY20. Prior to that I served on the Women@PS board (then known as "WITS" or "Women in Technology @ SIE") as the Recruitment Lead. I worked as a Sr. Technical Program Manager in Shared Services Engineering under Platform & Services, and I started in 2016 as a Software Engineer in Commerce Engineering.

Why am I writing this?

As I write this (Jan 14, 2021), my last day at SIE is tomorrow. I'm the 11th woman to leave the Rancho Bernardo office in the last 4 months. Though a certain amount of attrition after PS5 launch was expected, the disproportionate number of women leaving has alarmed site leadership. Therefore over the last couple weeks I've spoken with many people from across various organizations and roles who sought to understand my reasons for leaving. My primary reason is that I genuinely felt it was time to seek a new experience and expand my career.  However I've also been very transparent about my reasons for not being more inclined to stay and seek out that new experience at SIE.

The goal in writing this is to share my experience with the folks who I didn't have the opportunity to speak with individually before departing. It is also so that advocates can continue the momentum and keep the critical conversations going to drive towards sustainable change. The goal is not to pass judgement or to assign blame to any individuals, but to share context for those looking to move the needle for women at SIE. Nothing I write here will be news to my Director, my VP, my HR partner, or any others I've spoken with since I submit my resignation.

What happened?

During my time as the Site Lead, various women approached me to individually share their experiences. Some of the stories were positive: praising a team, sharing a nice comment received, or providing feedback on initiatives within WITS. Other times the stories stemmed from frustration over specific incidents. The examples clearly indicated toxic environments: inappropriate comments, retaliatory behavior, pay

DocuSign Envelope ID: CE338C11-B9DB-4423-82A3-D75720Z0B016

discrepancy, and discrimination for being pregnant. Unfortunately many of the women who could provide firsthand accounts have left the company already, and I don't feel comfortable providing more details without permission from each of the women.

I recognize that in my role I only heard one side of the story. I'm not privy to HR data or the investigations related to reported incidents, so my usual response was to listen, sympathize, and offer contact information of women who went through similar situations. I encouraged the women who approached me to explore all avenues: Employee Resources, Ethics Hotline, and petition for allyship from leaders in neighboring organizations. Some of the women would return to me and report that the incident was not handled to their satisfaction despite using the recommended resources.

Over time I noticed that most of the stories I heard stemmed from the same groups and named the same names. Jeff Lindsay, an HR Business Partner in our office, would often come up at some point during the talk. For example: "I reported the comment to Jeff Lindsay, but he totally gaslit me. He was like, 'Was it really that bad?'" I'd like to emphasize here that I haven't worked directly with Jeff Lindsay. I'm not naming him to personally assign judgement or blame. The only thing I can do is believe the women who came to me and escalate their feedback. If women were simply approaching me to vent their frustrations then I would have expected the stories to be less unilateral. I expected to occasionally hear people bring up Rachel Ghadban, the other HR Business Partner in our office, but her name didn't come up once. This triggered a strong red flag for me.

### Critical conversations

I'm summarizing the names and key points from critical conversations related to this topic so that advocates are aware who I engaged, either individually or with the collective Women@PS group. My Director, Rahul Sharma, was aware of these conversations and offered to lend support; I didn't have ideas for specific actions from him and therefore declined his support.

- Summer 2020 - Women@PS leads from across all sites participated in a conversation with Christina Hanna, Workforce & Community Engagement Leader.

- ○ We escalated the sentiment that women had lost faith in the organization to protect them from harmful situations.
- ○ Other leaders brought up general examples of situations in their sites that involved sexual harassment and other unacceptable behavior. Christina was disturbed by these reports and wanted to dive in deeper to understand them.
- ○ I didn't participate in any follow-ups and am unaware if there were further discussion with the Women@PS President-level leadership.

- October 2, 2020 - 1-1 conversation with Jason Harkins, SVP of Information Security
  - ○ I gave updates on Women@PS-RB plans, shared some statistics regarding the 2020 Women in the Workplace report, and also shared explicit feedback regarding my observations about Jeff Lindsay. I explained the situation as I wrote above with the sentiment, "I don't know Jeff and I'm not in your organization, but if this pattern of behavior is true then you will be the one to lose good people, especially women."
  - ○ Jason was genuinely shocked and responded, "You're blowing my mind, because Jeff Lindsay doesn't have that kind of power." I recommended that he investigate to make sure. He responded very gratefully and promised to think through the best course of action.
  - ○ After our talk, I emailed Jason a follow-up encouraging him to align with Ted Schraven, VP of Information Technology. A Women@PS member told me that Ted launched an investigation and subsequent initiative to address unequal pay issues identified in IT. It's worth noting that IT is also represented by Jeff Lindsay.
  - ○ I never followed up with Jason after, so I am unaware what actions he took as a result of our conversation.
  - ○ For transparency I informed the Women@PS-RB board about the conversation in the following board meeting

- Jan 5 & 11, 2021 - 1-1 conversations with Rachel Ghadban, my HR Business Partner
  - ○ I shared all the details I wrote in my "What happened?" summary and also about my previous conversation with Jason. Rachel explained that there is a Task Force working to take action on the alarming number of women who left the company in a short period
  - ○ I shared a recommendation from the Women@PS-RB board to send out transparent communication from the Task Force on the action plan

- January 12, 2021 - 1-1 conversation with Orit Ziv, SVP of HR
  - I escalated the issue of women leaving the Rancho Bernardo office, including my observations regarding Jeff Lindsay. Orit was shocked that 11 women had left in such a short period of time, and she promised to take swift action to investigate.
  - Orit asked that I provide names of people comfortable speaking up about the situation in our office so that she could follow up with them after my departure. I left our conversation feeling extremely hopeful that she would take the necessary steps to rectify the situation. After our meeting, I emailed her a list of names.
  - We briefly discussed the lack of data around diversity statistics. She shared that there are initiatives in place to modernize the HR technology stack so that the organization is equipped with dashboards and other measures to catch retention issues in the future without the need for manual escalation. Very promising!

- Jan 13, 2021 - 1-1 conversation with Tiffany Hester, Director of DE&I
  - I shared the "What happened?" highlights and my hopefulness after my conversation with Orit
  - We didn't dive too deeply into action items as our talk was mostly in a personal capacity to say farewell. Tiffany is already part of the Task Force to address departures

- Jan 14, 2021 - 1-1 conversation with my VP, Jeff Ludwig
  - I gave Jeff the "What happened?" highlights and he promised to engage with Site Leaders at Rancho Bernardo to advocate for action

While working at Sony, I heard many examples of clear gender bias. As another example, a woman told me her manager said "I can only rate you a 3 this year because you were gone for 3 months on maternity leave," and she had to explain to him that discriminating against pregnant women is illegal."

I believe Sony is not equipped to appropriately handle toxic environments.

The timing of my departure was intentional and was purposely meant to shock site leadership; think of it as a large exclamation point on the end of a long sentence that the previous women wrote, which points out that SIE needs to change. At the end of my employment I saw high-performing and high-potential women leave the company one

after the other. I know for a fact that some of the departures are directly related to negative experiences related to gender bias.

People in the Rancho Bernardo office were not widely talking about the issue until I made my departure announcement.

Unfortunately, it is the case that we don't pay attention to the issues of the oppressed until someone outside the circle of oppression sheds light on it. I feel that my departure at that time was a necessary step to stand in solidarity with the women who previously departed and ensure that their struggles weren't forgotten in the holiday lull. It was a very hard decision to make, and I'll admit that it was extremely painful to leave under these circumstances. All the way until my departure, I struggled with the feeling that I abandoned the women who remained by not staying and fighting alongside them.

I certify that the foregoing statements are true and correct under penalty of perjury under the laws of the State of California.

Executed on ___12/19/2021_____.

DocuSigned by:

*Kara Johnson*

703B6BDFE57B468...

Kara Johnson