## REBECCA CARPENTER STATEMENT

1. I, Rebecca Carpenter, worked for Sony Interactive Entertainment, LLC ("Sony") in the San Mateo and San Francisco, California offices. I worked in San Mateo for about 1.5 years and worked in San Francisco the remainder of my time. In total, I worked for Sony for more than 5 years.
2. I worked in Product Management and Business Management.
3. I spent 5 years trying to earn a promotion. When I was in Product Management, I did not have any senior title. When I tried to get promoted by asking my manager at the time, especially during reviews, I was always given vague reasons about why I could not get promoted.
4. Eventually, I changed departments because it was clear I could not get promoted within my department.
5. After switching departments, I was able to become a senior title. I then found a way to switch back to my old department which allowed me to take my senior title with me. This showed that I was qualified to have a more senior title within my original department.
6. In my 4th and 5th year, I spoke to my manager about how to move into a Lead Product Management role. I continued to receive vague responses about how to earn a promotion. For instance, my manager would vaguely say, "It's really hard," without explaining anything I could do to work towards a promotion.
7. I left Sony for several reasons. There were 4 other women I worked directly with, 3 in Product Management and 1 in Business Management. All left Sony for similar reasons related to sexual discrimination, sexual harassment, and not being able to earn a promotion.
8. My co-workers and I consistently saw that males were given opportunities that females were not given.
9. Towards the end of my employment, it became ironic when I would speak to my manager about how to get promoted because my manager at the end was one of my peers earlier in my employment. While I was told I could not earn a promotion for vague reasons, he was given the opportunity to become a high-level manager and became my boss.
10. I experienced and observed sexual harassment and sexual discrimination at Sony.
11. Gender-biased comments suggesting that females are less intelligent than males were common. One common gender-biased comment was that females do not understand technology. For instance, during a product management and design workshop, one of the managers talked about showing a female relative something on PlayStation. He talked about how he would have to explain every little detail, even how to use the controller. I spoke up and said that the idea that women don't understand technology is a really worn trope. I said that I thought we should not make comments like that given that about 50% of PlayStation's consumer base is female.
12. Sony often had offsite events where people stayed at a hotel. At one event, we were staying in a hotel in Los Angeles. People were drinking at a bar. One of the Senior Managers of a different team tried to grab my breast. Luckily, a male co-worker saw it and stepped in to stop it then helped me leave.

13. I observed others experiencing sexual discrimination and harassment too. One of my female co-workers was told that she was unlikely to get anywhere in the company because of her accept; she was Brazilian. This bias against people with a non-native accent only existed for females. That is, there were males with non-native accents who were able to advance while females were told having an accent would mean you cannot earn a promotion.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on  1/27/2022 _____.

*Rebecca Carpenter*
—DocuSigned by:
6E77A304686D4DC...

Rebecca Carpenter