## **Callista Tieu Written Statement**

I, Callista Tieu, have personally observed gender bias at Sony Interactive Entertainment, LLC ("SIE").

1. I joined SIE in 2009.
2. During my second year, I was one of the lucky contractors who was selected to work at E3. A co-worker of mine warned me about a lead who I looked up to, telling me that he overheard the lead talking to another tester about me and that he was going to try to "hit that." They exchanged laughs about it. That night, the lead invited me to a bar at the hotel we were all staying at. I didn't think much of it at the time because leads and producers networked this way, but they typically met in groups. I met the lead at the bar but found out that I was the only one invited. It felt awkward, but I carried on because I thought that this would ultimately help my career if I interacted with other leads more, especially outside of work. The night felt off though, and the lead was a little pushy, especially the more drinks that were ordered. After the bill was paid, I told the lead that I was going back to my room to get ready to hang out with a few other co-workers. He wanted to invite himself to my room, which I declined nicely. Instead, he told me I was invited to his if I decided to change my mind later. I didn't interact with him much after that night and kept it strictly related to work when I had to. Towards the end of my Q.A. days, I felt very awkward if I ever saw him or the other tester around because I knew about their conversation about me.
3. One reason I moved is that I knew that under that manager I could never get promoted so I figured I would move to have a chance to advance my career. I was able to get transferred to another team and became a Compliance Manager. This was still QA but did not involve testing. I was in this role from 2013 to 2017
4. <u>Offices:</u> I was hired as a full-time employee in 2010. When I started, full-time employees were given offices. I was not given an office. A year later, there was a wave of new hires on my team. The new hires were all men and were all being given offices. I was not given an office until I complained that the male new hires were given offices while was not. Finally, after I complained, I was given an office to share with another worker.
5. <u>Daily Protocols:</u> As a lead in my particular department (TRC), I rarely needed to go from bay to bay to interact with others because my department was secluded. There are times when I do need to go to other bays to interact with testers to find out game information. Since my own testers are not familiar with interacting with others, I usually walk with them to the other bays to interact with testers. I was told by my manager that I was intimidating when I walked into bays and interacted with testers and that they felt uncomfortable. My manager didn't share how to make the situation better at first, but eventually suggested that maybe the intimidation is from having more than one person approaching the tester. The manager suggested that either I or the test go solo. This didn't make much sense to me because the whole point was to train my tester to interact with others so they aren't so uncomfortable. Having either myself go alone, or sending my tester alone, doesn't help my tester. My fellow male leads never received this advice.
6. I continued to look for ways to get promoted at SIE.

DocuSign Envelope ID: 341C568D-F224-4FD1-A42F-301DB0859FBF

7. In 2017, I began volunteering to help SIE create newsletters for the organization. This work was not paid. Eventually, I became the Creative Communications Manager. The Dept. was under Financing and Business Operations.
8. <u>Body Language:</u> When my team was reassigned, I received a new manager, my first 1 on 1 with my manager was extremely awkward. The very first thing my new manager asked me when I sat down was if I didn't care. I was extremely taken aback and asked for clarification. He said that my body language was bad and gave off the impression that I didn't care about my job. I had never interacted directly with this new manager. I asked him again if there was an example of this and he said that in meetings, I was a little laid back, which gave him the impression that I didn't care about what is being shared. I didn't really understand how I gave that impression because my posture and attitude was no different from my colleagues, who were all men. I was told that I needed to work on this.
9. My manager mentioned to me in an annual review that other leads thought I was unapproachable. There wasn't any suggestion on how to improve this or why I was unapproachable. In an effort of my own, I sought out communication skill training courses.
10. In another formal review, my new manager Keith Sunakoshi told me that I was unapproachable, but this time specifically said that I was unapproachable based on other's "perception." Feeling like I made progress, in my half year review, I received the same note about approachability and that others were still finding me unapproachable. This time I asked my manager to share examples with me. The only example he was able to provide was that during a meeting, another manager asked me a question about a feature on our website and asked if we could meet separately to chat about it. I then responded by asking the manager to schedule a time with me that would fit his schedule. This apparently did not sit well with that manager because they felt like I should be scheduling something with them instead of him scheduling something. He relayed this exchange with my manager, which wasn't brought up until this review.
11. <u>Extra Classes:</u> During a review, Manager Keith S. criticized my performance because of my body language and facial expressions. This was never mentioned to me during the year. The formal review was the first time I had heard of this. When I asked what his recommendation was to improve, he told me to take more training classes that would build my soft skills in communication. We discussed my actual performance, and Keith S. indicated that I was doing very well. Nonetheless, I received a 3 out of 5 on my annual review which impacted my bonus and merit. Frustrated with my review, I went to my Women ERG (i.e., Employee Resource Group) president who was a mentor of mine and asked for more advice. She told me that she did not understand the review because she felt that I was extremely approachable.
12. I began taking courses during my free time in the hopes of earning a promotion.
13. When I spoke to manager Keith S. about the courses, I was told that I wasn't taking the "right courses" and to work with my teammate who is a training coordinator on finding the "right courses". I was given another 3 out of 5 on my half year review.
14. Over the couple of months, my teammate, who is a training coordinator, gathered courses for me, but since they are paid training, I had to get them approved by my manager first. These courses had specific dates since they were teacher-led courses, and most of the courses were scheduled for later in the year. I presented the first round of courses to my

manager for approval. After looking over them, he declined them all and said that I wasn't picking the right ones still. He didn't advise me on what I should be looking for and sent me back to my teammate to find more. Since there weren't any, my teammate suggested that I wait for more classes to open up. So another month or two went by and we checked again, listed a few more and shared with my manager. This time my manager Keith S. looked at the list, and specifically shared with me his disappointment in me because I wasn't just selecting the wrong classes, but felt that I was ONLY selecting them now because I was running out of time to take classes. I didn't end up taking any classes this second half because he declined any of the ones I tried to sign up for. My annual review came and this time I received a 2 out of 5, which was the lowest review I've ever received. Usually those who receive a 2 are given a Performance Improvement Plan, but my manager said that I didn't need one. This impacts bonus and merit.

15. During the annual review time, my team disbursed and I was given a new manager named George Allison who fought to give me the highest bonus I could receive for having a 2 out of 5 rating on my last review. During maternity leave, I reached out to new manager George to tell him what was happening with my prior manager. I met him at Starbucks. I informed new manager George that I felt the performance reviews were not accurate or fair. I told HR this as well. HR said if I want to submit an official complaint, HR will have to tell my prior manager Keith S. My merit % couldn't go up and so I only got a raise of a few cents.

16. I believe males and females are treated differently at SIE. I believe that females are paid less and promoted less frequently.

I certify that the foregoing statements are true and correct under penalty of perjury under the laws of the State of California.

Executed on  12/6/2021 _____.

*DocuSigned by:*
*CALLISTA TIEU*
612F330C753E425...

Callista Tieu