## Emma Majo Written Statement

I, Emma Majo, have personally observed gender and racial bias at Sony Interactive Entertainment, LLC ("SIE").

1. I began working for SIE in 2015.
2. When I began, my department was roughly 60:40 of men:women, but over the years I have observed a shift towards more and more males. As of 2021, SIE is dominated by males.
3. SIE has managers (e.g. Yu Sugita) who will not be alone in a room with a female with the door closed; if I went into a room with Sug and a male colleague then Sugi would only speak to the male colleague. It would be as if I was not even in the room. After a while, I realized that if I really wanted something done, I needed to send the request through a male because if I communicated directly to Sugi the request would be ignored. I confirmed this by sending a request through a male intern. The request would garner a response when it came from a male intern while a virtually identical request would be ignored if it came from a higher-level female employee.
4. I have observed a bias against females at SIE. In fact, I left a specific department (SGRC (Security Governance, Risk, and Compliance)) because it became clear to me there was no path to get promoted. My requests for a path to management resulted in the creation of a plan for more levels within the department instead of any communication that tasks, behavior modification, or knowledge was needed on my part.
5. I often asked managers what I could do to get promoted. I could not even get an answer to my question about what I could possibly do to get promoted. This occurred for several years in a row, with multiple managers. Managers would say something to the effect of, "yeah we should talk about that," but I could never get an answer regarding what I could do, as a female in the department, to earn a promotion.
6. In total, I have spoken to three separate managers about what I could do to get promoted. Not only did I not get promoted or get an answer as to how I could get promoted, but in fact I have essentially been demoted because I used to report to a VP and now am reporting to a manager below the VP. The VP claimed that they did not have time to handle as individual subordinates. I noticed that other male co-workers continued reporting to the VP.
7. I have worked for SIE for half a decade, and I have not earned a promotion from 2015 to 2021. I am essentially in the same position I was in more than half a decade ago. I have been unable to earn any managerial title and still have a staff title. Additionally, I have had the same direct subordinate for three years, but SIE has never made my management role official. I asked my manager what I must do to become an official manager, but my manager would not answer the question.
8. I have also personally heard managers make gender-biased comments about female workers. For instance, if a female worker had some personal issue at any given time, managers would talk about how, "We can understand she is not performing well because she has a lot going on at home." I have never heard comments like this about men, I have only heard these comments about women. This behavior construes women as more emotional and less professional than male colleagues.

9.  SIE admitted they noticed females have been leaving the company far more than men. SIE decided to conduct a listening session and invited only females so the females could explain what the problems were. Expecting a marginalized group to "fix the problem" is not only offensive, it's purely performative. If marginalized people could change the status quo they would not be marginalized. I simply want the chance to be considered for promotions based on my work and not have my gender play a role.

10. While in SGRC, I was asked by the CFO to join a project underneath another department. My manager asked if job sharing between departments was a possibility temporarily. The new group manager was not open to job sharing. I felt I had no room to negotiate and that I essentially had to agree due to the politics. I told my manager I felt I had to agree unless they could advocate for me. When I left SGRC, my manager (Greg) said I could return anytime there was an opening. This was not actually true. There have been several openings in SGRC, and I've applied to transfer back into the department as I realized the inability to get promoted was true throughout SIE, not just within SGRC. I applied and was never allowed; in fact, I was never even given an explanation, update, or answer. I simply heard nothing about the application. This is for the exact same job I had performed in the past. The jobs remained open. I have a unique skill set for this job which is why it's hard to find a replacement for me. Nonetheless, those jobs are still open.

11. Approximately two and a half years ago, I sought out a mentor. I told this SIE mentor that I am a flight risk because it appears it's impossible for me to earn a promotion or even get an answer about how I can earn a promotion. The mentor said the only thing I can do is speak to my current manager. There is no other path to get a promotion at SIE.

12. SIE sometimes promotes people "in cycle" (meaning around the time of annual performance reviews) and sometimes "out of cycle." The number of men promoted out of cycle is notable.  Every "out of cycle" promotion I know of was for a male. This indicates that at SIE there are separate processes for men vs. women to get promoted.

13. HR itself creates resistance when women try to get promoted. HR creates resistance by losing track of females seeking promotion. HR and managers also often say a person cannot be promoted because they do not currently hold a certain specific job title. I believe SIE makes it harder for females to get promoted, and one way it does so is by looking at current job titles and deciding a person isn't qualified for a certain job because of her current job title, without a real examination of her skills.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 19, 2021 at California.

DocuSigned by:

*Emma Majo*

04E2DC5A85974A9...

Emma Majo