## REDACTED   STATEMENT

1. I, REDACTED, worked for Sony Interactive Entertainment, LLC ("Sony") for more than 3 years.

2. I experienced and observed sexual harassment and sexual discrimination at Sony. In particular, I noticed a major change when females return from taking maternity leave. I was treated very differently by management after I took maternity leave. Before I took maternity leave, I received very positive reviews from management. After taking maternity leave, I received consistently negative reviews from management.

3. In April 2017, I was hired as Retail Channel Marketing Specialist

4. In November 2017, a new manager was hired after a reorganization.

5. In February 2018, I went on maternity leave.

6. In July 2018, I returned from maternity leave. I received a 3 for my review which was conducted by a Director.

7. Since returning from maternity leave, my new manager did not touch base with me or give me any indications of concerns with my performance. From my perspective, I was doing my job well: I was not missing any deadlines and even asked for more responsibilities.

8. In my June 2019 review, I received a 2.

9. At this point I was completely blind-sided because nothing was addressed with me about my performance. My manager did not bring up anything related to my ability or lack thereof to do my work. After the review, I took it upon myself to set up a quarterly meeting to touch base with my manager in addition to the Weekly 1:1, to make sure I was on track to receive a 3 or higher on my next review. My manager viewed this as a "great idea" and didn't even think of doing this with me in the first place.

10. My goal was to be promoted to a Sr. Specialist by the next year.

11. During all of our 1:1s and touchbase meetings, I kept a running list of my projects that were visible to my manager. I kept asking my manager if there were any concerns about my performance, to which my manager said I'm doing a great job. My manager said I would need to reach out to HR to see if there are any job descriptions for a Sr. Specialist role (none was ever created). I had been proactive on asking what steps I could take to get promoted. I repeatedly asked what I could do until finally my manager provided an informal document with a list of actions I should take. I followed the steps. I even asked for a 360 review from my peers because I know I have worked well with them. Even after following all actions suggested by my manager, I still was unable to earn a promotion.

12. In June 2020, I received another 2. This time, HR was involved and included in the phonecall.

13. HR asked me why I had given myself a 4 and I was given a 2. I had addressed what was said to me that I wasn't performing poorly. When my manager told me that the assessment was based on my peer review, my manager had changed my score. My manager took the opportunities listed as in the steps I completed based off my manager's instructions on how to work towards a promotion, and these extra items were characterized as negatives. The whole time I was working extra hard and following my

manager's instructions on how to work towards a promotion, then those same action items I was told to do were apparently "negatives."

14. What bothered me the most was that in this review, my manager told me that my home life was affecting my work life - "Last feedback that needs to be mentioned/addressed was a few questioning REDACTED's ability to separate home life and work life while at work and if this is affecting REDACTED's quality of work/being able to prioritize time appropriately."

15. At this point, I was given the option to take a PIP or take a severance. I decided to leave the company because I did not want to work with a manager I couldn't trust.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on REDACTED

REDACTED

REDACTED