**Gmail** **Stephen Ilg <silg@ilglegal.com>**

## Re: Video Call: Tina Rad and Emma Majo
**7 messages**

---

**Emma.Majo@sony.com** <Emma.Majo@sony.com> Wed, May 19, 2021 at 2:30 PM
To: trad@wagenerlaw.com
Cc: silg@ilglegal.com

In preparation for what I assume the topic of this call is, I have attached my written statement on sexism I have experienced while at SIE. My lawyer is CC'd on this mail and the meeting invitation.

- Emma (she/her)

△○✕☐ I BE EPIC

**From:** trad@wagenerlaw.com
**When:** 2:30 PM - 4:30 PM May 19, 2021
**Subject:** Video Call: Tina Rad and Emma Majo
**Location:** Microsoft Teams Meeting

## Microsoft Teams meeting

**Join on your computer or mobile app**

Click here to join the meeting

Learn More | Meeting options

📄 **Emma_Majo_Written_Statement_.pdf**
249K

---

**Tina Rad** <trad@wagenerlaw.com> Wed, May 19, 2021 at 2:36 PM
To: Emma.Majo@sony.com, silg@ilglegal.com

Hi Emma,

Thank you for your email. I was just about to log on to our scheduled 2:30 Teams meeting, but if you are represented by a lawyer, I can't speak with you about these issues unless I have your lawyer's informed consent to do so. This is because I am an attorney investigator, and there are ethical rules preventing me from speaking with a represented party about the topic of that representation without counsel's consent. Unless your lawyer can reply to this email in the next few minutes and give consent for me to talk with you, we may have to defer our conversation.

Counsel, if you are available, could you please advise?

Thanks,

Tina



**Tina Rad**
Partner

**Wagener Law** | Workplace Investigations
wagenerlaw.com

(949) 216-3680 | Office
trad@wagenerlaw.com | Bio

IMPORTANT NOTICE: The contents of this electronic message may be attorney-client privileged and/or attorney work product and are intended for the use of intended addressees only. If you are not an intended addressee, note that any use, distribution, dissemination, disclosure or copying of the contents of this message is prohibited. If you believe you have received this e-mail in error or are not an intended addressee, please notify the sender immediately and permanently delete the original and any copy and printouts of this message.

[Quoted text hidden]

---

**Stephen Ilg** <silg@ilglegal.com>  Wed, May 19, 2021 at 2:39 PM
To: Tina Rad <trad@wagenerlaw.com>
Cc: Emma.Majo@sony.com

Hello Ms. Rad,

Thank you for your email. Ms. Majo and I are prepared to join the Teams meeting now and allow you to complete your interview.

Sincerely,
Stephen Noel Ilg



**Stephen Noel Ilg, Esq. | Employment Attorney**
156 South Spruce Avenue, Unit 206A, South San Francisco, CA 94080
Direct: 415-340-2863  I  Main: 415-580-2574  I  Fax: 415-735-3454

This e-mail message contains privileged information. If received in error, please do not further disseminate this information and notify us as soon as possible. Thank you.

[Quoted text hidden]

---

**Tina Rad** <trad@wagenerlaw.com>  Wed, May 19, 2021 at 2:45 PM
To: Stephen Ilg <silg@ilglegal.com>
Cc: Emma.Majo@sony.com

Thank you, Counsel.  I apologize for taking up your time, but I was not previously aware that you would be attending the interview.  While I have no qualms about your attendance, please allow me a few minutes to see if I can reach my contacts at the Company to confirm that the Company does not have any internal policy or other concern preventing me from interviewing a represented party.  I'm not sure how quickly I can reach someone, but I will get back to you soon.

[Quoted text hidden]

---

**Stephen Ilg** <silg@ilglegal.com>  Wed, May 19, 2021 at 2:53 PM
To: Tina Rad <trad@wagenerlaw.com>
Cc: Emma.Majo@sony.com

I understand. Ms. Majo and I will wait awhile for an update from you.

[Quoted text hidden]
[Quoted text hidden]

---

**Tina Rad** <trad@wagenerlaw.com>  Wed, May 19, 2021 at 3:02 PM
To: Stephen Ilg <silg@ilglegal.com>
Cc: Emma.Majo@sony.com

Counsel, I just learned that my contact at the Company is out of the office today, so unfortunately, I do not expect I can get an answer quickly enough to proceed today. To avoid taking up any more of your and Ms. Majo's valuable time, I suggest we cancel for today, and I will circle back with you directly if I'm able to proceed with rescheduling the interview. While I very much appreciate your and Ms. Majo's willingness for Ms. Majo to participate in my investigation, in an abundance of caution, I'll need to defer this interview. Thanks very much for your understanding.

Best regards,

[Quoted text hidden]

---

**Stephen Ilg** <silg@ilglegal.com>  
To: Tina Rad <trad@wagenerlaw.com>  
Cc: Emma.Majo@sony.com

Wed, May 19, 2021 at 3:07 PM

Ms. Rad,

I understand. Thank you for your consideration. You can reach me directly at 415-340-2863 or at this email address as needed.

[Quoted text hidden]
[Quoted text hidden]