# ATTACHMENT A

## TO
## SEPARATION AGREEMENT AND GENERAL RELEASE

### ADEA AND OWBPA INFORMATION

You and other employees are eligible to receive certain Separation Assistance from the Company as described in the Agreement that the Company has given you to consider. To receive the benefits described, you must sign the Agreement and not revoke the release in that Agreement. You must also return a signed and dated original of the Agreement to Rachel Kerr, Director, Human Resources Business Partner at Rachel.Kerr@sony.com; or HR Concierge at SIE – Human Resources, 2207 Bridgepointe Parkway, San Mateo, California 94404 (Attention: HR Concierge) by no later than August 31, 2021. You acknowledge that you have been given at least 45 days to consider whether to sign the Agreement. You are advised and have the option to consult with an attorney of your choice before signing the Agreement, at your own cost.

The Company is providing you with information showing the number of employees who are eligible and ineligible for Separation Assistance described in the Agreement, by age and job title. Employees are "eligible" for the employment separation program because the Company selected their jobs for role elimination, they have not secured other employment with the Company, and they are eligible for offered Separation Assistance. Any employees listed as "ineligible" are ineligible either because they have not been terminated, or because they are not eligible otherwise for the Separation Assistance offered as part of this program. If an employee is ineligible, the reason for that employee's ineligibility will be listed in a footnote.

This action has been undertaken because of SIE's decision to exit the 1P transactional video on demand ("TVOD") business. Due to the competitive industry market, the company is moving away from doing business in the 1P TVOD space, thereby stopping the selling/renting of movies and TV content directly to consumers on its PlayStation Store. The reduction in force for which you have been selected considered employees in the Company's 1P TVOD business. The eligibility factors for selection of eligible employees include position elimination in accordance with anticipated staffing needs as dictated by the reduction of work. The Company is providing information to you regarding the class, unit, or group considered in the selection decision for the employment separation program applicable to you, as well as information regarding other class(es), unit(s), or group(s) similarly evaluated by higher levels of management. The separation program is available to employees for at least 45 days from the date they are notified of this separation program and given the Agreement. If you sign and return a copy of the Agreement, you have 7 days to revoke your consent from the date you signed it.

**YOU UNDERSTAND AND AGREE THAT THE EARLIEST YOU MAY SIGN THE AGREEMENT IS YOUR SEPARATION DATE.**

The attached chart was prepared as of August 20, 2021. This information is subject to change and may be affected by future employment decisions. If you have any questions about this information, or if you wish to receive more up-to-date information in the future, contact Rachel Kerr, Director, Human Resources Business Partner at Rachel.Kerr@sony.com; or HR Concierge at SIE – Human Resources, 2207 Bridgepointe Parkway, San Mateo, California 94404 (Attention: HR Concierge).