## Financial Systems Business Analyst - SNEI - SD-27410

Sony Network Entertainment International LLC (SNEI), a subsidiary of Sony Corporation of America, is the premier provider of digital entertainment. Through the Sony Entertainment Network portal, consumers around the world are able to access their favorite digital entertainment conveniently and instantly on their favorite connected devices. SNEI offers the latest and highest quality music, video, and game content through Sony Entertainment Network as well as PlayStation Network while also delivering third-party services. In addition, SNEI provides a compelling consumer experience through innovative content discovery features and a simple user interface that is globally consistent, yet locally relevant.

The Financial Systems Business Analyst will play a hands on role in delivering solutions to improve and standardize processes and provide efficiency for the SNEI. The Financial Systems Analyst will work with engineering resources to understand new financially impactful features and functions that are being developed in the core platform and with controllers and accountants to configure and test third party software to handle these new features and functions from a financial reporting perspective.

The Financial Systems Business Analyst will also participate in analyzing current financial processes to improve the business, document decisions, analyze expected business impact, communicate plans and progress, and manage expectations effectively.

Individual must be comfortable working at a detailed level while maintaining a view of the big picture. Successful candidate will possesses ability to influence and work collaboratively in a dynamic, rapidly-changing environment. Other responsibilities will include understanding system relationship to corporate systems, such as SAP, across different Sony entities.

The Financial Systems Business Analyst will work with internal SNEI platform engineering, PMO, and security to oversee the integration of Network Platform data with the solution and to develop data integrity checks and balances, audit reporting processes and align with established data management and security policy.

Required responsibilities of this individual may include, but are not limited to the following:

- Scoping: This role will document projects/initiatives to educate stakeholders and for SOX audit purposes.
- Planning and Reporting: This role will be responsible for contributing to business and workgroup plans around schedule, budget, resources, and risk and will have direct responsibility for reporting on status of

assigned projects with emphasis on risk analysis and mitigation, particularly around change management.

- Requirements Analysis: This position will participate in documenting business requirements and ensuring project documents are complete, current and accessible.
- Execution: This role will be an administrator for the vendor's SaaS system for the Americas region and will support the administration of the system for Europe and Asia as those regions are brought on board.
- The analyst will coordinate testing of new financial reporting functions as needed to gain user sign-off in advance of system releases. This role will have responsibility for production support – raising and responding to trouble tickets as appropriate and monitoring daily and monthly procedures.

**Qualifications**

- BS/BA Degree preferred
- Minimum of 5 years experience in business process and technical execution; 10+ years experience in lieu of degree
- Must have experience in a large, complex (multi-regional) eCommerce business environment and be able to work with different functional groups to provide end-to-end support for the business
- Must have working understanding of accounting principles, journals and general ledger systems functionality
- Hands-on experience with eCommerce applications required; experience with ERP system (SAP preferred) interfaces and reporting functionality a plus.
- Must be comfortable with authoring many types of documents, including scope, requirements, agendas, action plans, project plans, status reports.
- Proficient in Microsoft Office tools: MS Word, Excel, PowerPoint and Microsoft Project and MS
- Sharepoint; Visio proficiency is a plus

Sony is an Equal Opportunity Employer. All persons will receive consideration for employment without regard to race, color, religion, gender, pregnancy, national origin, ancestry, citizenship, age, legally protected physical or mental disability, covered veteran status, status in the U.S. uniformed services, sexual orientation, marital status, genetic information or membership in any other legally protected category.

We strive to create an inclusive environment, empower employees and embrace diversity. We encourage everyone to respond.

We sincerely appreciate the time and effort you spent in contacting us and thank you for your interest in SNEI.

**Job** Information Technology
**Primary Location** CA-San Diego