

Apply Now

# Finance Information Systems Analyst
at PlayStation Global

United States, San Diego, CA



We are seeking a well-rounded, motivated and hardworking person to join the Financial Management Application (FMA) team at Sony Interactive Entertainment (SIE). As part of the FMA team, you will work with Finance personnel in the Americas, Asia and Europe to analyze discrepancies in financial data reconciliation and coordinate with FMA Engineers for resolutions. This role will also be responsible for tax services and work closely with Network Platform (NP) Production Support on inquiries into financial data.

The right candidate is highly detail oriented while maintaining a view of the big picture, and has a solid grasp of e-commerce operations and a good understanding of basic accounting principles. Are you up for the challenge?

## Responsibilities

- Work with regional Finance teams and NP Production Support in researching and resolving payment issues and reconciliation discrepancies.
- Perform root cause analysis and raise tickets to appropriate team for fixes.

- Handle tax services, such as monthly tax updates, customized tax rules in tax engine, as well as ad-hoc tax query requests.
- Create and maintain internal KB documentations with an attention to detail.
- Grow into the point of contact between in between NP, IT, FMA and Finance to ensure financial requirements are considered in new features' planning.
- Interpret requirements and manage partners' expectations on feature developments financial reporting system.
- Validate test data and coordinate User Acceptance Testing (UAT).
- Opportunities to work on other finance related projects.

## Qualifications

- General understanding of accounting and financial reporting.
- Shown strong analytical, problem solving, and documentation skills.
- An understanding of databases and can write basics SQL queries to determine relationship of data within systems.
- Ability to work optimally and professionally with multi-functional groups across divisions, worldwide, and within department.
- Good interpersonal, written and verbal communication skills, with ability to communicate effectively with individuals at all levels of the organization.
- Proven track record in a business or systems analyst role with significant experience in large, sophisticated multi-regional, multi-functional business transformation and systems implementation projects.
- BS/BA Degree or equivalent required.
- Japanese language skills favorable.

#LI-TP1

## Apply for this Job

* Required

First Name *

Last Name *

Email *

Phone *

Resume/CV *   Attach, Dropbox, Google Drive, Paste

Cover Letter   Attach, Dropbox, Google Drive, Paste

LinkedIn Profile

Website

Have you ever worked for a Sony company previously? *

\--

Are you authorized to work in the United States? *

Please select

Will you now, or in the future, require sponsorship to work in the United States? *

\--

Will you need relocation assistance to work at this role's specified location? *

\--

Are you related to, or in a shared housing situation with, anyone who currently works for SIE or any SIE-affiliated studios? *

\--

If yes, please state their name, the department or studio they work for, and their job title (if you know it).

By selecting "Yes", I am certifying that, to the best of my knowledge, the information I have provided in this employment application is true and correct. *

\--

**Voluntary Self-Identification**

For government reporting purposes, we ask candidates to respond to the below self-identification survey. Completion of the form is entirely **voluntary**. Whatever your decision, it will not be considered in the hiring process or thereafter. Any information that you do provide will be recorded and maintained in a confidential file.

As set forth in PlayStation Global's Equal Employment Opportunity policy, we do not

discriminate on the basis of any protected group status under any applicable law.

| | |
|---:|:---|
| Gender | Please select |
| Are you Hispanic/Latino? | Please select |

Race & Ethnicity Definitions

If you believe you belong to any of the categories of protected veterans listed below, please indicate by making the appropriate selection. As a government contractor subject to the Vietnam Era Veterans Readjustment Assistance Act (VEVRAA), we request this information in order to measure the effectiveness of the outreach and positive recruitment efforts we undertake pursuant to VEVRAA. Classification of protected categories is as follows:

A "disabled veteran" is one of the following: a veteran of the U.S. military, ground, naval or air service who is entitled to compensation (or who but for the receipt of military retired pay would be entitled to compensation) under laws administered by the Secretary of Veterans Affairs; or a person who was discharged or released from active duty because of a service-connected disability.

A "recently separated veteran" means any veteran during the three-year period beginning on the date of such veteran's discharge or release from active duty in the U.S. military, ground, naval, or air service.

An "active duty wartime or campaign badge veteran" means a veteran who served on active duty in the U.S. military, ground, naval or air service during a war, or in a campaign or expedition for which a campaign badge has been authorized under the laws administered by the Department of Defense.

An "Armed forces service medal veteran" means a veteran who, while serving on active duty in the U.S. military, ground, naval or air service, participated in a United States military operation for which an Armed Forces service medal was awarded pursuant to Executive Order 12985.

| | |
|---:|:---|
| Veteran Status | Please select |

Form CC-305
OMB Control Number 1250-0005
Expires 05/31/2023

## **Voluntary Self-Identification of Disability**

**Why are you being asked to complete this form?**

We are a federal contractor or subcontractor required by law to provide equal employment opportunity to qualified people with disabilities. We are also required to measure our progress toward having at least 7% of our workforce be individuals with disabilities. To do this, we must ask applicants and employees if they have a disability or have ever had a disability. Because a person may become disabled at any time, we ask all of our employees to update their information at least every five years.

Identifying yourself as an individual with a disability is voluntary, and we hope that you will

choose to do so. Your answer will be maintained confidentially and not be seen by selecting officials or anyone else involved in making personnel decisions. Completing the form will not negatively impact you in any way, regardless of whether you have self-identified in the past. For more information about this form or the equal employment obligations of federal contractors under Section 503 of the Rehabilitation Act, visit the U.S. Department of Labor's Office of Federal Contract Compliance Programs (OFCCP) website at www.dol.gov/ofccp.

**How do you know if you have a disability?**

You are considered to have a disability if you have a physical or mental impairment or medical condition that substantially limits a major life activity, or if you have a history or record of such an impairment or medical condition.

Disabilities include, but are not limited to:

- Autism
- Autoimmune disorder, for example, lupus, fibromyalgia, rheumatoid arthritis, or HIV/AIDS
- Blind or low vision
- Cancer
- Cardiovascular or heart disease
- Celiac disease
- Cerebral palsy
- Deaf or hard of hearing
- Depression or anxiety
- Diabetes
- Epilepsy
- Gastrointestinal disorders, for example, Crohn's Disease, or irritable bowel syndrome
- Intellectual disability
- Missing limbs or partially missing limbs
- Nervous system condition for example, migraine headaches, Parkinson's disease, or Multiple sclerosis (MS)
- Psychiatric condition, for example, bipolar disorder, schizophrenia, PTSD, or major depression

| Disability Status | Please select |
|---|---|

[1]Section 503 of the Rehabilitation Act of 1973, as amended. For more information about this form or the equal employment obligations of Federal contractors, visit the U.S. Department of Labor's Office of Federal Contract Compliance Programs (OFCCP) website at www.dol.gov/ofccp.

PUBLIC BURDEN STATEMENT: According to the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless such collection displays a valid OMB control number. This survey should take about 5 minutes to complete.

Submit Application

Powered by greenhouse

Read our Privacy Policy

Privacy - Terms