**ILG Legal Office, P.C.**
Stephen Noel Ilg (SBN 275599)
George L. Lin (SBN 287873)
156 South Spruce Ave., Unit 206A
South San Francisco, CA 94080
Tel:  (415)580-2574
Fax:  (415)735-3454
Email: silg@ilglegal.com
Email: glin@ilglegal.com

Attorneys for Plaintiff Emma Majo

UNITED STATE DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Emma Majo, an individual,<br><br>            Plaintiff,<br>vs.<br><br>Sony Interactive Entertainment LLC, a California limited liability company,<br><br>            Defendant. | Case No. 3:21-cv-09054-LB<br><br>**CLASS AND COLLECTIVE ACTION**<br><br>**DECLARATION OF STEPHEN NOEL ILG IN SUPPORT OF PLAINTIFF EMMA MAJO'S OPPOSITION TO DEFENDANT SONY'S MOTION TO DISMISS AND MOTION TO STRIKE**<br><br>**JURY TRIAL DEMANDED** |

-i-

*Majo v. Sony Interactive Entertainment LLC*
Ilg Decl. ISO Plaintiff Emma Majo's Opposition to Sony's Motion to Dismiss and Strike

## ILG DECLARATION IN SUPPORT OF PLAINTIFF'S OPPOSITION

I, Stephen Noel Ilg, declare as follows:

1. I am an attorney duly licensed to practice law in the State of California and before this Court. I am an attorney with ILG Legal Office, P.C., attorneys of record for Plaintiff Emma Majo ("Plaintiff"). I have personal knowledge of the matters stated herein and, if called upon to testify as witnesses, could and would competently testify thereto.

2. I submit this declaration in support of Plaintiff Emma Majo's Opposition To Defendant Sony's Motion To Dismiss And Motion To Strike.

3. In the course of my informal investigation, many women were willing to stand up and sign a declaration under penalty of perjury. Several women reported to me that they feared retaliation from Sony and were too scared to speak up about what had occurred at the company. One individual signed a declaration but did not authorize me to disclose the unredacted declaration at this time. That individual is identified as "Jane Doe" in Exhibit 9; I hereby represent that the declaration was signed on January 6, 2022 although the filed version has the individual's name and signature redacted.

4. An investigator hired by Sony scheduled an interview of Emma Majo. I was retained to assist Emma Majo throughout the process. Emma Majo transmitted a short signed declaration attesting to various problems at Sony related to gender discrimination. Emma Majo and I agreed to participate in the interview as scheduled in May 2021; we also offered to reschedule at a convenient time. However, the investigator never conducted the interview. I was never contacted by anyone in connection with Sony requesting to conduct the interview.

5. Attached hereto are true and correct copies of the following documents:

- Exh. 1: Declaration of Marie Harrington;
- Exh. 2: Declaration of Angelica Advincula;
- Exh. 3: Declaration of Ashely Chin;
- Exh. 4: Declaration of Kara Johnson;
- Exh. 5: Declaration of Rebecca Carpenter;
- Exh. 6: Declaration of Callista Tieu;

-1-

*Majo v. Sony Interactive Entertainment LLC*
Ilg Decl. ISO Plaintiff Emma Majo's Opposition to Sony's Motion to Dismiss and Strike

ILG Legal Office, P.C.
Tel: (415) 580-2574 | Email: help@ilglegal.com

- Exh. 7: Declaration of Emma Majo;
- Exh. 8: Declaration of ███████; Jane Doe 2
- Exh. 9: Declaration of Jane Doe;
- Exh. 10: Email exchange with Emma Majo, myself, and an investigator hired by Sony;
- Exh. 11: Notification by Sony regarding the reasons it was terminating Emma Majo;
- Exh. 12: Job Description for Emma Majo's position as of 2014; and
- Exh. 13: Job Description Emma Majo downloaded from the internet which listed her same position as an open position; this was the same position Sony claimed it had dissolved as shown in Exh. 11.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at San Bruno, California, this 8th day of March 2022.

Respectfully submitted,

**ILG Legal Office, P.C.**

*[signature: Stephen Noel Ilg]*

_____

Attorneys for Plaintiff and the Plaintiff Class