UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| EMMA MAJO,<br><br>Plaintiff,<br><br>v.<br><br>SONY INTERACTIVE ENTERTAINMENT LLC,<br><br>Defendant. | Case No. 21-cv-09054-LB<br><br>**ORDER DISMISSING CASE** |

On April 21, 2022, the court dismissed the complaint with leave to amend, holding that some state claims survived but that the court lacked jurisdiction over the state claims because it dismissed the federal claim establishing federal-question jurisdiction. An amended complaint was due on May 19, 2022.[1] No complaint was filed. Instead, on May 19, 2022, the plaintiff filed a case in San Mateo County Superior Court. Given those circumstances, the court dismisses the case without prejudice to pursuing the state claims in state court. The dismissal of the federal Fair Labor Standards Act claim is with prejudice.

**IT IS SO ORDERED.**

Dated: June 13, 2022

_____
LAUREL BEELER
United States Magistrate Judge

---

[1] Order – ECF No. 35.

ORDER – No. 21-cv-09054-LB

United States District Court
Northern District of California