UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| EMMA MAJO,<br><br>         Plaintiff,<br><br>   v.<br><br>SONY INTERACTIVE<br>ENTERTAINMENT LLC,<br><br>         Defendant. | Case No. 21-cv-09054-LB<br><br>**JUDGMENT** |

On June 13, 2022, the court dismissed the case without prejudice to filing the state claims in state court and with prejudice as to the federal Fair Labor Standards Act claim. Pursuant to Federal Rule of Civil Procedure 58, the court hereby enters judgment in favor of the defendant and against the plaintiff. The court directs the Clerk of Court to close the file in this matter.

**IT IS SO ORDERED.**

Dated: June 13, 2022

_____
LAUREL BEELER
United States Magistrate Judge